

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

## NO. 02-13-00599-CR

GREGORY MCCAIN                                                    APPELLANT

V.

THE STATE OF TEXAS                                                    STATE

----------

## FROM CRIMINAL DISTRICT COURT NO. 2 OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

On December 13, 2013, Appellant Gregory McCain filed a motion for post-conviction DNA testing and appointment of counsel and also filed a notice of appeal. The trial court clerk has informed us that the trial judge has not signed an order in this case. On January 3, 2014, we notified McCain that it appears we lack jurisdiction over this matter because there is no order and his notice of

---

[1]*See* Tex. R. App. P. 47.4.

appeal is premature. *See* Tex. R. App. P. 25.2(a)(2), 26.2(a)(1), 27.1(b). We advised that this appeal could be dismissed unless he, or any party desiring to continue the appeal, filed a response showing grounds for continuing the appeal on or before January 23, 2014. No response has been filed.

The rules of appellate procedure provide that a criminal defendant has the right to appeal a judgment of guilt or other appealable order. *See* Tex. R. App. P. 25.2(a)(2). There is no appealable order in this case, and McCain's notice of appeal is premature. *See* Tex. R. App. P. 25.2(a)(2), 26.2(a)(1), 27.1(b). Accordingly, the appeal is ordered dismissed for lack of jurisdiction.

PER CURIAM

PANEL: WALKER, MCCOY, and MEIER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: February 20, 2013